■ KATHLEEN HIMMELEIN, Respondent, v NORMAN T. HIMMELEIN, Appellant. — In a matrimonial action, the defendant husband appeals, as limited by his notice of appeal and brief, from so much of a judgment of the Supreme Court, Westchester County (Gurahian, J.), dated February 27, 1980, as, after a hearing, (1) directed him to pay plaintiff the sum of $125 per week for her support and $50 per week per child for the support of the parties' two children, and (2) directed him to pay plaintiff's attorney the sum of $4,500 as a counsel fee. Judgment modified, on the facts, by reducing the counsel fee award to $2,500. As so modified, judgment affirmed insofar as appealed from, without

---

[*] We note that defendant's income of $69,000 in 1979, together with his present wife's income, exceeds this approximation.

costs or disbursements. The counsel fee awarded was excessive to the extent indicated herein. Hopkins, J.P., Rabin, Margett and Bracken, JJ., concur.